[No. 29596-2-II. Division Two. December 9, 2003.]

MARILEE J. TATE, ET AL., *Appellants*, v. SHAUN
A. BICKNESE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-2-00724-0, James B. Sawyer II, J., entered October 30, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 29598-9-II. Division Two. December 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE JAMES
SOLLERS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-00178-5, Roger A. Bennett, J., entered November 1, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 30323-0-II. Division Two. December 9, 2003.]

MYRON FRITTS, ET AL., *Appellants*, v. CLOVER PARK SCHOOL
DISTRICT NO. 400, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-06341-7, Katherine M. Stolz, J., entered May 2, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 22225-0-III. Division Three. December 11, 2003.]

DAN REICH, *Respondent*, v. CHARLES BURKE,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 01-2-00451-5, Robert L. Zagelow, J., entered February 19, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.